UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIGITAL MEDIA SOLUTIONS, LLC; W4 MEDIA, LLC; CRISP MARKETING, LLC; and DOES 1-100,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:22-cv-01396-JLS-AHG<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

This matter comes before the Court pursuant to an emailed request to chambers for Court intervention in a discovery dispute regarding Digital Media Solutions, LLC's ("DMS") service of deposition subpoenas on Stephan Goss, the sole member of ZeetoGroup, LLC ("ZeetoGroup") in this case and in the related case *Digital Media Solutions, LLC v. Zeetogroup, LLC*, 3:22-cv-01184-JLS-AHG. The Court recently dismissed DMS's complaint in the related case for lack of subject matter jurisdiction, but granted DMS leave to file an amended complaint within 30 days. *See* ECF No. 18 in Case No. 3:22-cv-01184-JLS-AHG. DMS contends that the deposition of Mr. Goss is necessary

jurisdictional discovery to assist DMS in filing an amended complaint in that case by the Court-ordered deadline of December 2, 2022. With respect to the related case, ZeetoGroup contends the sought-after discovery is impermissible because the Court has already determined it lacks jurisdiction there. Nonetheless, Defendant agreed to request a discovery conference regarding the disputed subpoena served on Mr. Goss in this case, in which the issue of subject matter jurisdiction remains subject to the Court's pending Order to Show Cause issued on November 3, 2022. *See* ECF No. 8.

The Court will hold a Discovery Conference on the parties' dispute in both cases on **November 9, 2022** at **2:30 p.m.** before the Honorable Allison H. Goddard. The Discovery Conference shall take place via videoconference. The Court hereby issues the following guidelines governing the videoconference:

    A.    The Court will use its official Zoom video conferencing account to hold the hearing. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the hearing.[1] There is a cost-free option for creating a Zoom account.

    B.    Chambers staff will email the Zoom invitation to all counsel included on the existing email thread regarding these issues. Counsel are responsible for ensuring that any other participants receive the Zoom invitation. If possible, participants are encouraged to use laptops or desktop computers for the video

---

[1] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom will then prompt participants to enter the password included in the invitation.

C. All participants shall display the same level of professionalism during the hearing and be prepared to devote their full attention to the hearing as if they were attending in person, i.e., cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

D. Counsel are advised that although the hearing will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, including by dressing in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: November 7, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge