UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>DIGITAL MEDIA SOLUTIONS, LLC; W4 MEDIA, LLC; CRISP MARKETING, LLC; and DOES 1-100,<br><br>          Defendant. | Case No.: 3:22-cv-01396-JLS-AHG<br><br>**ORDER:**<br><br>**(1) STAYING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE; and**<br><br>**(2) STAYING DEADLINE FOR COMPLIANCE WITH OUTSTANDING SUBPOENA** |

  On November 9, 2022, the Court held a Discovery Conference in this case and in the related case *Digital Media Solutions, LLC v. Zeetogroup, LLC*, 3:22-cv-01184-JLS-AHG, to discuss a discovery dispute regarding Digital Media Solutions, LLC's ("Digital Media Solutions") service of deposition subpoenas on Stephan Goss, the sole member of ZeetoGroup, LLC ("ZeetoGroup") in this case and in the related case. Digital Media Solutions seeks to depose Mr. Goss to obtain jurisdictional discovery to aid it in establishing diversity jurisdiction in both cases. ZeetoGroup opposes such jurisdictional discovery.

  As discussed during the conference, the Court will permit motion practice on the

dispute, and will set a deadline of November 22, 2022 for Digital Media Solutions to file the Joint Motion for resolution of the dispute in the related case. Although the Court will not require the parties to file the Joint Motion in this case as well, because the sought-after jurisdictional discovery relates to the Court's pending Order to Show Cause as to Subject-Matter Jurisdiction (ECF No. 8) ("OSC"), and upon consultation with the presiding District Judge, the Court finds it appropriate to **STAY** the deadline for Digital Media Solutions to respond to the OSC. The Court will reset the OSC Response deadline after ruling on the anticipated Joint Motion in the related case.

Further, the Court is cognizant that Digital Media Solutions has noticed the deposition of Mr. Goss for November 10, 2022 at 10:00 a.m. Compliance with the deposition subpoenas served on Mr. Goss is also **STAYED** until the Court rules on the Joint Motion in the related case.

**IT IS SO ORDERED.**

Dated: November 9, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge