UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEETOGROUP, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIGITAL MEDIA SOLUTIONS, LLC; W4 MEDIA, LLC; CRISP MARKETING, LLC; and DOES 1-100,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:22-cv-01396-JLS-AHG<br><br>**ORDER RESETTING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>**[ECF No. 8]** |

On November 9, 2022, the Court previously stayed the deadline for Digital Media Solutions, LLC ("Digital Media Solutions") to respond to the Court's Order to Show Cause as to Subject-Matter Jurisdiction (ECF No. 8) pending resolution of the jurisdictional discovery issue in the related case, *Digital Media Solutions, LLC v. Zeetogroup, LLC*, 3:22-cv-01184-JLS-AHG, because the sought-after jurisdictional discovery relates to whether diversity jurisdiction exists in both cases. *See* ECF No. 11.

On December 5, 2022, the Court issued an Order in the related case, permitting Digital Media Solutions to conduct limited jurisdictional discovery. In light of the Court's ruling, the Court hereby **RESETS** the deadline for Digital Media Solutions to respond to the Order to Show Cause to **January 23, 2023**.

**IT IS SO ORDERED.**

Dated: December 5, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge